# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | |
| COMPLAINT OF STEPHENS | ) | |
| MARITIME SERVICES, INC. | ) | |
| AS OWNER PRO HAC VICE OF | ) | |
| THE M/V MISS DESTY | ) | CIV. ACT. NO. 1:20-cv-566-TFM-C |
| | ) | |
| **Petitioner** | ) | |

## ORDER

Pending before the court is a *Joint Motion to Dismiss with Prejudice* (Doc. 22, filed 6/28/22) in which the parties jointly agree to dismiss all claims asserted by all parties with prejudice. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A).

Here, the joint motion to dismiss is signed by both sides. Consequently, by operation of Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed in accordance with the joint notice. Therefore, this case is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 28th day of June 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE